1  Robert L. Starr (183052)
   robert@starrlaw.com
2  Adam Rose (210880)
   adam@starrlaw.com
3  LAW OFFICE OF ROBERT L. STARR, APC
   23277 Ventura Boulevard
4  Woodland Hills, California 91364-1002
   Telephone: (818) 225-9040
5  Facsimile:  (818) 225-9042

6  Stephen M. Harris (110626)
   stephen@smh-legal.com
7  LAW OFFICE OF STEPHEN M. HARRIS, APC
   6320 Canoga Avenue, Suite 1500
8  Woodland Hills, California 91367
   Telephone: (818) 924-3103
9  Facsimile:  (818) 924-3079

10 Attorneys for Plaintiff
   KOUDSI, INC., doing business as The Car Factory,
11 individually, and on behalf of a class of similarly
   situated individuals and entities

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KOUDSI, INC., doing business as The Car Factory, individually, and on behalf of a class of similarly situated individuals and entities, | ) NO. 2:15-cv-07477-PA-GJS<br>) CLASS ACTION<br>)<br>) NOTICE OF RELATED CASE |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| VOLKSWGEN GROUP OF AMERICA, INC,, and DOES 1 to 10, | ) |
| Defendants. | ) |

-1-

Pursuant to Local Rule 83-1.3.1, this case is related to *Gerald Netkin v. Volkswagen of America, Inc.*, case number 2:15-cv-07367-MMM (SPx). The reason it is related is that both cases involve the issue of fraud on the part of Volkswagen for diesel engine cars, specifically year 2009 through 2015 Volkswagen diesel engine Jettas, Beetles, Golfs, and Passats, and 2009-2015 Audi diesel engine A3s.

The fraud relates to the placement of software in the vehicles termed "Defeat Devices" that detect when these vehicles are undergoing emissions testing. The Defeat Devices ensure that during emissions testing, the emissions control system in the vehicle fully functions, but during normal driving the emissions control does not fully function, which leads to emissions as much as 40 times over the permissible pollution limit. During this time, Volkswagen represented that the vehicles listed above complied with emissions standards, when in fact they did not.

Since both cases arise out of these same occurrences, they should be related.

Date: September 25, 2015

LAW OFFICE OF ROBERT STARR

/s/ Adam Rose
Attorney for Plaintiff
Koudsi, Inc.